United States District Court

Eastern District of California

| | |
|---|---|
| William J. Blue, III, | |
|     Plaintiff, | No. Civ. S 05-1256 GEB PAN P |
|   vs. | Notice |
| N. Grannis, et al., | |
|     Defendants. | |

-oOo-

Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a).  No initial partial filing fee has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust

fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fee is paid.

The clerk of the court shall serve a copy of this notice and a copy of plaintiff's in forma pauperis application upon the Director of the California Department of Corrections and deliver a copy of this notice to the clerk's financial division.

Dated:  January 5, 2006.

      /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge