United States District Court

Eastern District of California

William J. Blue,

    Plaintiff,                            No. Civ. S 05-1256 GEB PAN P

  vs.                                     Order

N. Grannis, et al.,

    Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action under 42 U.S.C. § 1983. The action is proceeding on plaintiff's June 23, 2005, complaint. Defendants have not answered. August 26, 2005, and November 16, 2005, plaintiff submitted papers styled, "supplemental complaint."

    In an amended complaint a party may replead or add facts or claims arising prior to or contemporaneously with the allegations of the original complaint. See United States v. Hicks, 283 F.3d 380, 385 (D.C. Cir. 2002); Flaherty v. Lang, 199 F.3d 607, 613

1 n. 3 (2d. Cir. 1999).  A supplemental complaint addresses matters
2 occurring after the original complaint is filed.  Fed. R. Civ. P.
3 15(d).  The August 26, 2005, and November 16, 2005, pleadings
4 allege events and transactions occurring around August and
5 September 2005.  Accordingly, the paper is a supplemental
6 complaint.

    A supplemental pleading "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."  Local Rule 15-220.

    Plaintiff has not complied with Local Rule 15-220.

    Accordingly, plaintiff's supplemental complaint is stricken but without prejudice to plaintiff serving and filing a supplemental complaint that complies with the court's rules.

    So ordered.

    Dated:  January 5, 2006.

                       /s/ Peter A. Nowinski
                         PETER A. NOWINSKI
                         Magistrate Judge