IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

      Plaintiff,                     No. CIV S-05-1256 GEB PAN P

      vs.

N. GRANNIS, et al.,

      Defendants.

_____/      FINDINGS & RECOMMENDATIONS

        Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

        On February 1, 2006, the court dismissed plaintiff's claims against defendants Carey, Cervantes, and Grannis pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendant Scavetta by submitting materials for service within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants Carey, Cervantes, and Grannis without leave to amend.

        On February 9, 2006, plaintiff submitted materials for service of defendant Scavetta. The court finds that plaintiff has consented to dismissal of claims against defendants Carey, Cervantes, and Grannis.

/////

1

1        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against
2 defendants Carey, Cervantes, and Grannis be dismissed.
3        These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
8 failure to file objections within the specified time may waive the right to appeal the District
9 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: February 27, 2006.

                               /s/ John F. Moulds
                               UNITED STATES MAGISTRATE JUDGE

7
blue1256.fr some ds