IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM J. BLUE III,**<br><br>Plaintiff,<br><br>v.<br><br>**N. GRANNIS, et al.,**<br><br>Defendants. | CASE NO. 2:05-cv-1256-GEB-PAN (JFM)<br><br>~~PROPOSED~~ **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' First Request for an Extension of Time to file their responses to plaintiff's Complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have 45 days from the date of service of this order to file their responses to the complaint.

Dated: May 2, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Extension of Time for Defendants to respond to Plaintiff's Complaint

1