IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

    Plaintiff,                    No. CIV S-05-1256 GEB PAN P

  vs.

N. GRANNIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed a request for entry of default against C. Scavetta pursuant to Fed. R. Civ. P. 55(a). On April 24, 2006, defendant Scavetta requested, and on May 3, 2006, the court granted, an additional 45 days to respond to the complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2006, request for entry of default is denied.

DATED: May 17, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

\004
\blue1256.77a

1