IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

        Plaintiff,                        No. CIV S-05-1256 GEB PAN P

    vs.

N. GRANNIS, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On June 2, 2006, plaintiff filed a document entitled "Oppositions and Denials to Defendants' Answer."[1] Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants'

---

[1] Although plaintiff failed to provide a certificate of service, Fed. R. Civ. P. 5, defendants were provided notice of this filing by the court's electronic docketing program, CM/ECF.

1

answer and declines to make such an order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 2, 2006 filing will be placed in the court file and disregarded.

DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; blue1256.77e