IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

      Plaintiff,                      No. CIV S-05-1256 GEB PAN P

   vs.

N. GRANNIS, et al.,

      Defendants.           <u>ORDER</u>

_____/

       On April 27, 2006, plaintiff filed a letter to the undersigned requesting the court to initiate an investigation as to why findings and recommendations issued February 27, 2006 were not received by plaintiff until April 25, 2006.  It does not appear plaintiff has had difficulty receiving other mail in this case, and no orders issued to plaintiff have been returned to the court. The court declines to seek an investigation at this time.  However, plaintiff will be granted an additional twenty days from the date of this order in which to file objections to the February 27, 2006 findings and recommendations.[1]  Should plaintiff choose to file objections, he shall also provide a declaration under penalty of perjury setting forth the facts surrounding his late receipt of the findings and recommendations.  No extensions of time will be granted.

---

[1] The court recommended plaintiff's claims against defendants Carey, Cervantes and Grannis be dismissed.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 27, 2006 request is denied; and

2. Plaintiff is granted twenty days from the date of this order in which to file and serve objections to the February 27, 2006 findings and recommendations.  No extensions of time will be granted.

DATED: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; blue1256.ext