IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM J. BLUE III,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**N. GRANNIS, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:05-cv-1256-GEB-PAN (JFM)<br><br>**ORDER GRANTING DEFENDANT SCAVETTA'S REQUEST FOR EXTENSION OF TIME** |

　　　　Defendant Scavetta's first request for an extension of time to serve Plaintiff with responses to the First Request for Production of Documents and First Request for Admissions was considered by the Court, and good cause appearing, Defendants' request is granted.

　　　　IT IS HEREBY ORDERED that Defendant shall have until August 30, 2006, to serve the required responses.

DATED: July 24, 2006.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/blue1256.eot2

Order Granting Defendant Scavetta's Request for an Extension of Time

1