IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

        Plaintiff,                    No. CIV S-05-1256 GEB EFB P

    vs.

N. GRANNIS, et al.,

        Defendants.             <u>ORDER</u>

_____/

    Defendants request a 14-day extension of time to serve responses to requests for production of documents. *See* Fed. R. Civ. P. 6(b).

    Defendants' August 30, 2006, request is granted and defendants have 14 days from the date this order is served to serve responses to requests for production of documents.

    So ordered.

Dated: September 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\blue1256.grnt def eot