IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

        Plaintiff,                      No. CIV S-05-1256 GEB EFB P

    vs.

N. GRANNIS, et al.,

        Defendants.              ORDER AND AMENDED SCHEDULE

_____/

       Plaintiff, a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983, moves to modify the May 31, 2006, scheduling order.

       A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

       Under the current schedule, discovery closes and all motions to compel must be filed no later than September 22, 2006. Plaintiff asserts he cannot complete discovery by that date because the court granted defendants' requests for additional time to respond to discovery requests, and further, that on September 12, 2006, he received 188 pages of discovery while under a lock-down that commenced September 9, 2006, which limits his access to the law

1 library. Plaintiff asserts that he requires additional time to review the defendants' responses and
2 to serve additional discovery requests, if appropriate, and file a motion to compel.
3     Plaintiff has demonstrated that he cannot complete discovery by September 22, 2006,
4 despite his exercise of due diligence.
5     For these reasons, it is ORDERED that:
6     1. Plaintiff's September 15, 2006, request to extend the time for discovery is granted;
7     2. The parties shall complete discovery and file all motions to compel within 45 days of
8 the date this order is served.   All pretrial motions, except motions to compel discovery, shall be
9 filed no later than January 15, 2007.  Plaintiff's pretrial statement and motions to obtain the
10 attendance of witnesses for trial shall be filed no later than April 30, 2007 and defendants shall
11 file their pretrial statement no later than May 14, 2007.
12     So ordered.
13 Dated: September 25, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE