IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

      Plaintiff,                         No. CIV S-05-1256 GEB EFB P

    vs.

N. GRANNIS, et al.,

      Defendants.          ORDER

                                  /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant C. Scavetta moves to modify the September 26, 2006, amended schedule.

        Defendant Scavetta asserts he cannot file a pretrial motion on or before November 17, 2006. However, under the amended schedule, all pretrial motions other than motions to compel discovery must be filed no later than January 15, 2007.

        Defendant Scavetta's November 17, 2006, request therefore is denied.

    So ordered.

Dated: November 28, 2006.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE