IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

        Plaintiff,                        No. CIV S-05-1256 GEB EFB P

    vs.

N. GRANNIS, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 9, 2006, plaintiff filed a motion to compel responses to discovery requests. Defendant requests a ten-day extension of time to file and serve an opposition to plaintiff's motion to compel discovery. *See* Fed. R. Civ. P. 6(b).

      Defendant's November 28, 2006, request is granted and defendant has ten days from the date this order is served to file and serve an opposition to plaintiff's November 9, 2006, motion to compel.

      So ordered.

Dated: November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE