IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

      Plaintiff,                      No. CIV S-05-1256 GEB EFB P

     vs.

N. GRANNIS, et al.,

      Defendants.            <u>ORDER</u>

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Pursuant to the September 26, 2006, amended schedule, pretrial motions must have been filed no later than January 15, 2007, plaintiff's pretrial statement was to be filed no later than April 30, 2007, defendants' pretrial statement was to be filed no later than May 14, 2007. The amended schedule did not modify the trial date, which the original schedule set for May 29, 2007. On November 9, 2006, plaintiff filed a motion to compel. Defendant filed an opposition on December 5, 2006. On April 20, 2007, plaintiff filed a request for a writ of habeas corpus ad testificandum.

     Because plaintiff's motion to compel is pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). The court also denies without prejudice plaintiff's April 20, 2007, request for a writ of habeas corpus ad testificandum. The court will issue a second amended schedule upon

1 resolving plaintiff's motion to compel.

2     So ordered.

3 Dated: May 25, 2007.

                     EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE