IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE, III,

    Plaintiff,                           No. CIV S-05-1256 GEB EFB P

    vs.

N. GRANNIS, et al.,

    Defendants.                        AMENDED SCHEDULE

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 25, 2007, the court found that because plaintiff's motion to compel was pending, the parties could not comply with the dates set for filing dispositive motions despite the exercise of diligence. Accordingly, those dates were vacated. *See* Fed. R. Civ. P. 16(b). On September 21, 2007, the court resolved plaintiff's motion to compel. There has been no activity in the case since then. Accordingly, the court now makes the following amended schedule.

        The parties have 30 days from the date this order is signed to file dispositive motions. Motions shall be briefed in accordance with paragraph 7 of the order filed February 1, 2006. The court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed.

Dated: April 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE