IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE,

        Plaintiff,                    No. CIV S-05-1256 GEB EFB P

   vs.

N. GRANNIS, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested additional time to file dispositive motions. The April 2, 2008, amended scheduling order required that any dispositive motions be filed within 30 days of the entry of that order. Plaintiff's request, therefore, would necessitate the modification of schedule pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

      A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the amended schedule, the parties have until May 2, 2008, to file dispositive motions.

////

1

1  Plaintiff's April 9, 2008, request asserts that the prison is on lockdown and that his access to the
2  law library will be inadequate to draft a dispositive motion and to make the requisite
3  copies.  Lockdowns are a part of prison life and occur with some regularity.  Plaintiff has not
4  demonstrated or addressed what he is doing in spite of the lockdown to timely file a dispositive
5  motion.  Without some explanation of what he is doing towards his goal of drafting a motion, the
6  court cannot determine whether he is unable, despite exercising due diligence, to timely file a
7  dispositive motion.
8      Accordingly, it hereby is ORDERED that plaintiff's April 9, 2008, motion to modify the
9  schedule is denied.
10 Dated:  May 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2