IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. BLUE III,

        Plaintiff,                    2:05-cv-1256-GEB-EFB-P

   vs.

N. GRANNIS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 11, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] Defendant has filed a response to plaintiff's objections with a copy of plaintiff's objections attached. Dckt. 68, 98. However, no objections to the February 11, 2008, findings and

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2009, are adopted in full;

2. Defendant's June 17, 2008, motion for summary judgment is granted;

3. Judgment is entered in her favor; and

4. The Clerk is directed to close the case.

So ordered.

Dated: March 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

recommendations have been docketed. It therefore appears that plaintiff sent objections to the defendant without filing them. Whether plaintiff objects affects the standard for reviewing the magistrate judge's ruling. *See* 28 U.S.C. § 636 (requiring district judge to review *de novo* the portions of findings and recommendations to which a party objects). Since the court has been made aware of plaintiff's objections, the court conducts a *de novo* review of the matter.